IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

WORLDWIDE SECURITY SERVICES, LTD.,
an Illinois corporation,

    Plaintiff,

vs.                         No. CIV-02-0050 JHG/LCS

SANTA FE PROTECTIVE SERVICES, INC.,
a New Mexico corporation; BUTCH MAKI,
individually and JOHN COPE, individually,

    Defendants.

### NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the Plaintiff hereby dismisses the Complaint filed herein.

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By: _____
Rex D. Throckmorton
Attorneys for Plaintiff Worldwide Security Services, Inc.
Post Office Box 1888
Albuquerque, NM 87103-1888
Tel:   505-768-7228
Fax:   505-768-7395